**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| John Farland,<br><br>              Plaintiff,<br>v.<br><br>Transworld Systems, Inc.; and DOES 1-10, inclusive,<br><br>              Defendants. | Civil Action No.: 4:16-cv-40101 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 23, 2016

                                                  Respectfully submitted,

                                                  PLAINTIFF, John Farland

                                                  */s/ Sergei Lemberg*

                                                  Sergei Lemberg, Esq.
                                                  B.B.O. No.: 650671
                                                  **LEMBERG LAW, L.L.C.**
                                                  43 Danbury Road, 3rd Floor
                                                  Wilton, CT 06897
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 23, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By */s/ Sergei Lemberg*_____
                Sergei Lemberg, Esq.