**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| John Farland, : | |
| : | Civil Action No.: 4:16-cv-40101 |
| Plaintiff, : | |
| v. : | |
| : | |
| Transworld Systems Inc.; and DOES 1-10, inclusive, : | |
| : | |
| Defendant. : | |
| : | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

John Farland ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 26, 2016

                                                  Respectfully submitted,

                                                  By: <u>/s/ Sergei Lemberg</u>

                                                  Sergei Lemberg, Esq.
                                                  BBO No.: 650671
                                                  Lemberg Law, L.L.C.
                                                  43 Danbury Road, 3rd Floor
                                                  Wilton, CT 06897
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg